1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2732

5  Attorney for Plaintiff

**FILED**

OCT 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         )
12         Plaintiff,                 )
                                      )   2:06-SW--306  KJM
13      v.                            )
                                      )   [~~PROPOSED~~] SEALING ORDER
14 IN RE MATTER OF SEIZURE            )
   WARRANTS FOR CERTAIN FUNDS         )
15 AND VEHICLES                       )
                                      )
16                                    )
                                      )
17 _____

18      For good cause shown in ¶ 171 of the affidavit of Gregory L.
19 Barnett, Special Agent, United States Department of Justice,
20 Bureau of Alcohol, Tobacco, Firearms and Explosives in support of
21 the seizure warrant issued in the above-captioned matter(s), the
22 Court orders that such affidavit be, and the same hereby is,
23 SEALED pending further order of the Court.
24      IT IS SO ORDERED.
25 DATED: 10/13/06

                                      _____
                                      KIMBERLY MUELLER
26                                    UNITED STATES MAGISTRATE JUDGE