McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2723

Attorney for Plaintiff





FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-SW-0298-KJM |
| ) | 2:06-SW-0299-KJM |
| Plaintiff, ) | 2:06-SW-0300-KJM |
| ) | 2:06-SW-0301-KJM |
| v. ) | 2:06-SW-0302-KJM |
| ) | 2:06-SW-0303-KJM |
| IN RE MATTER OF SEIZURE ) | 2:06-SW-0304-KJM |
| WARRANTS FOR CERTAIN FUNDS ) | 2:06-SW-0305-KJM |
| AND VEHICLES ) | 2:06-SW-0306-KJM |
| ) | |
| ) | [PROPOSED] UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on
the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM
through 2:06-SW-0306-KJM.  The United States now requests that
the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE